UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT ABOU-GEBRAEL

       PLAINTIFF,                        CASE NO.    05-72304

V.                                        HONORABLE ARTHUR J. TARNOW
                                          UNITED STATES DISTRICT JUDGE
COMMISSIONER OF SOCIAL SECURITY,

                                          MAGISTRATE JUDGE
       DEFENDANT.                     DONALD A. SCHEER
                                /

**ORDER ADOPTING THE MAGISTRATE'S REPORT AND <u>RECOMMENDATION</u>
[D/E # 20]**

      The Court having reviewed the Magistrate Judge's Report and Recommendation filed March 27, 2006, as well as the administrative record, and having received no objections from either side,

      **IT IS HEREBY ORDERED** that the Report is accepted and entered as the findings and conclusions of this Court.

      As a result, the Plaintiff's Motion for Summary Judgment [D/E # 12] is **DENIED**, Defendant's Motion for Summary Judgment [D/E # 19] is **GRANTED**, and the case is **DISMISSED**.

                              s/Arthur J. Tarnow
                              Arthur J. Tarnow
                              United States District Judge

Dated: June 30, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 30, 2006, by electronic and/or ordinary mail.

                              s/Theresa E. Taylor
                              Case Manager