UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

R<span>OBERT</span> A<span>BOU</span>-G<span>EBRAEL</span>

    P<span>LAINTIFF</span>,      C<span>ASE</span> N<span>O</span>.   05-72304

v.      H<span>ONORABLE</span> A<span>RTHUR</span> J. T<span>ARNOW</span>
    U<span>NITED</span> S<span>TATES</span> D<span>ISTRICT</span> J<span>UDGE</span>

C<span>OMMISSIONER OF</span> S<span>OCIAL</span> S<span>ECURITY</span>,

    M<span>AGISTRATE</span> J<span>UDGE</span>
    D<span>EFENDANT</span>.      D<span>ONALD</span> A. S<span>CHEER</span>
    /

## **JUDGMENT**

In accordance with the Order entered on this day, June 30, 2006,

**IT IS ORDERED AND ADJUDGED** that this case shall be **DISMISSED.**

Dated at Detroit, Michigan, this 30th day of June , 2006.

**DAVID J. WEAVER**
**CLERK OF THE COURT**

**BY:THERESA E. TAYLOR**
    **Deputy Clerk**

**Approved:**

    s/Arthur J. Tarnow
    Arthur J. Tarnow
    United States District Judge

Dated:  June 30, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 30, 2006, by electronic and/or ordinary mail.

       s/Theresa E. Taylor
               Case Manager